IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS GONZALEZ, individually, and on behalf of All Others Similarly Situated, | ) ) ) | Case No. 10-cv-7682 |
| Plaintiff, | ) ) | |
| | ) | Judge James F. Holderman |
| v. | ) ) | |
| FELLOWES, INC., | ) ) | Magistrate Judge Maria Valdez |
| Defendant. | ) ) | |

**JOINT MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**

Plaintiff Luis Gonzalez ("Gonzalez") and Defendant Fellowes, Inc. ("Fellowes") (collectively, the "Parties"), hereby move for a brief extension of time, to and including December 7, 2011, for the Parties to file a joint motion for approval of class settlement. In support of this Motion, the Parties state as follows:

1. With the assistance of this Court, the Parties have reached a class-wide settlement of Gonzalez's complaint. By Order, dated September 27, 2011, this Court set a hearing for preliminary approval of the settlement for November 17, 2011, and further ordered Gonzalez to file a motion for preliminary approval on or before November 10, 2011, one-week before the hearing.

2. Prior to November 10, 2011, the Parties made a telephonic request for an extension of time to file the motion for preliminary approval. The Parties requested up until November 22, 2011 to file the motion for preliminary approval. On November 14, 2011, the Court entered an Order granting the Parties' request. The Court also rescheduled the hearing for preliminary approval for December 14, 2011.

3. The Parties have worked diligently to finalize their settlement agreement and file the motion for preliminary approval by November 22, 2011. Unfortunately, the Parties have a couple of outstanding issues relative to the settlement agreement that they are seeking to resolve and will be unable to file their motion for preliminary approval by November 22, 2011.

4. Accordingly, the Parties request a brief extension of time, to and including December 7, 2011, or seven days from the December 14, 2011 preliminary approval hearing date, in which to file the motion for preliminary approval.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion for an Extension of Time to File Motion for Preliminary Approval so that they may have until December 7, 2011, in which to file a motion for preliminary approval of their class settlement.

Date: November 22, 2011

| LUIZ GONZALEZ | FELLOWES, INC. |
|---|---|
| By: /s/ Douglas M. Werman<br>One of His Attorneys | By: /s/ James A. McKenna<br>One of Its Attorneys |
| Douglas M. Werman<br>Maureen Ann Salas<br>Werman Law Office, P.C.<br>77 W. Washington, Suite 1402<br>Chicago, IL 60602<br>(312) 419-1008 | James A. McKenna<br>Jeffrey L. Rudd<br>Jackson Lewis LLP<br>150 N. Michigan, Suite 2500<br>Chicago, IL 60601<br>(312) 787-4949 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 22, 2011, he caused a true and correct copy of the foregoing *Joint Motion for Extension of Time to File Motion for Preliminary Approval* to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

.

      By: /s/ James A. McKenna
           James A. McKenna

4842-2441-7038, v. 1