IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS GONZALEZ, individually, and on behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 10-cv-7682 ) ) Judge Valdez |
| FELLOWES, INC., | ) ) |
| Defendant. | ) ) |

PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

Plaintiff, through his counsel, requests that this Court preliminarily certify a settlement class under Fed. R. Civ. P. 23 and grant preliminary approval of the settlement reached in this matter. In support of this motion, Plaintiff submits the contemporaneously filed Memorandum of Law, and asks that the Court enter the Order Granting Preliminary Approval of Settlement, attached as Exhibit 1 to this Motion.

Respectfully submitted,

Dated: December 7, 2011

s/Maureen A. Salas
One of Plaintiff's Attorneys

Douglas M. Werman
Maureen A. Salas
David E. Stevens
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

1