IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS GONZALEZ, individually, and on behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 10-cv-7682 ) ) Judge Valdez |
| FELLOWES, INC., | ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR FINAL APPROVAL OF THE PARTIES' PROPOSED CLASS ACTION SETTLEMENT IN EXCESS OF 15 PAGES**

Plaintiff, by and through his attorneys, hereby requests leave to file his Memorandum of Law in Support of His Motion For Final Approval of the Parties' Proposed Class Action Settlement Under Federal Rule Of Civil Procedure 23(e). In support of his motion, Plaintiff states as follows:

1. In order to fully discuss the benefits that the parties' settlement confers on the settlement class, as well as the factors favoring final approval the settlement, Plaintiff seeks leave from the Court to file a Memorandum of Law in excess of 15 pages and not to exceed 25 pages.

2. Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant his motion for leave to file Plaintiffs' Memorandum of Law in Support of His Motion for Final Approval of the Parties' Proposed Class Action Settlement in excess of 15 Pages and for a total not to exceed 25 pages.

Respectfully submitted,

Dated: April 25, 2012

s/Maureen A. Salas
One of Plaintiff's Attorneys


DOUGLAS M. WERMAN–dwerman@flsalaw.com
MAUREEN A. SALAS–msalas@flsalaw.com
DAVID E. STEVENS–dstevens@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008