IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS GONZALEZ, individually, and on behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 10-cv-7682 ) ) Judge Valdez |
| FELLOWES, INC., | ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff and the Settlement Class, preliminarily approved by this Court in its order dated December 14, 2011 (D.E. 47), through their counsel, move this Court to grant final approval of the class action settlement reached in this matter. In support of this motion, Plaintiff submits the attached Memorandum of Law, and asks that the Court enter the Order Granting Final Approval of Settlement attached as exhibit 1 to the memorandum of law.

Respectfully submitted,

Dated: May 1, 2012

s/ Maureen A. Salas

Douglas M. Werman - dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
David E. Stevens – dstevens@flsalaw.com
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiff

1