**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LUIS GONZALEZ, individually, and on behalf of All Others Similarly Situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| ) | **Case No. 10-cv-7682** |
| v. ) | |
| ) | **Judge Valdez** |
| **FELLOWES, INC.,** ) ) | |
| **Defendant.** ) | |

**ORDER GRANTING FINAL APPROVAL**

The Parties having appeared before the Court on May 15, 2012, for a Hearing on Final Approval of the Class Action Settlement in the above-captioned matter, the Court having reviewed the Plaintiffs' Motion for Final Approval of Parties' Class Action Settlement and other related materials submitted by the Parties, as well as the Parties' presentation at the Hearing on Final Approval, and otherwise being fully informed in the premises:

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.   This Court has jurisdiction over the subject matter of this action and over all Parties to this action pursuant to 28 U.S.C. § 1332(d)(2), including all members of the Settlement Class, preliminarily certified for settlement purposes only, by Order dated December 14, 2012, ECF No. 47-48, and defined as follows:

> All day and temporary laborers who were leased to Defendant Fellowes between December 2, 2007 and April 2, 2011 (herein the "Class Period"), and who had 30 minutes deducted from their wages for each day for rest breaks during the Class Period.

2. The Court finds that the Settlement Class satisfies the requirements of Fed. R. Civ. P. Rule 23(a) and is maintainable under Rule 23(b)(3) for purposes of settlement of this action. The Court finally certifies the Settlement Class for purposes of settlement of this action.

3. The Notice of Class Action Settlement ("Class Notice") sent to the members of the Settlement Class ("Class Members") via First Class Mail, newspaper advertisement, and hand delivery, adequately informed the Class Members of the terms of the Settlement Agreement, their estimated recovery if the Settlement was approved, the process available to them to obtain monetary relief, their right to request exclusion from the Settlement and pursue their own remedies, and their opportunity to file written objections and to appear and be heard at the final approval hearing regarding the approval of the Settlement Agreement. The Class Notice also adequately informed the Class Members of toll-free numbers for Simpluris, the Settlement Claims Administrator ("Settlement Administrator"), and a telephone number for Class Counsel, in which Class Members could access additional information regarding the case and settlement. The Court finds that the Class Notice provided satisfied the requirements of Rule 23(e)(1)(B).

4. The Court hereby approves the Settlement Agreement and finds that the Settlement is fair, reasonable, and adequate to all Class Members. The Court finds that the strength of the Plaintiffs' case on the merits, weighed against Defendant's defenses, and the complexity, length, and expense of further litigation, support approval of the Settlement. The Maximum Gross Settlement Amount of $205,000.00, as set forth in the Settlement Agreement, is a fair, reasonable and adequate settlement of the claims. The Settlement was reached pursuant to arm's-length negotiations between the Parties, and has the support of Class Counsel and Counsel for Fellowes, both of whom have significant experience representing parties in complex class actions, including those involving wage

and hour claims. The absence of any objections to the Settlement by the Class Members and absence of exclusions from the Settlement likewise support approval of the Settlement. Finally, the litigation has progressed to a stage where the Court and the Parties could evaluate the merits of the case, potential damages, and the probable course of future litigation, and thus warrants approval of the Settlement.

5. An Enhancement Payment in the sum of $10,000.00 and a Termination Award in the sum of $5,000.00 is approved for Plaintiff Luis Gonzalez.

6. Class Counsel is awarded one-third ($1/3$) of the Maximum Gross Settlement Amount, or $68,332.65 in attorneys' fees. Class Counsel also is awarded $423.76 in recoverable litigation costs to be paid from Maximum Gross Settlement Amount.

7. Authorized Claimants shall each receive their ratable share of the Net Settlement Fund, in accordance with the calculations provided for in Sections 9 and 13 of the Settlement Agreement. After payments have been made to each Claimant, as calculated by the Settlement Administrator, payment of attorneys' fees and costs in accordance with Paragraph 6, above, and payment of the Enhancement Payment and Termination Award in accordance with Paragraph 5, above, any unclaimed funds remaining in the Settlement Fund after the expiration of the 120 day check cashing period, shall be returned to the Defendant.

8. Within ten (10) days after the Effective Date, as defined in the Settlement Agreement, Defendant shall wire or otherwise transmit $205,000.00 to the Settlement Administrator for the payment. Within ten (10) days after the Effective Date, Defendant shall wire or otherwise transmit additional payments to the Settlement Administration for i) the Settlement Administrator's fees and costs, and ii) the employer's share of payroll taxes for all Settlement Payments.

9. This Court hereby dismisses all claims released in the Settlement Agreement on the

merits and with prejudice and without costs to any of the Parties as against any other settling Party, except as provided in the Settlement Agreement.

10. The Court further orders that the 805 Class Members to this Settlement, identified on Attachment A to this order, fully release and discharge Fellowes and Real Time Staffing Services, Inc. d/b/a SelectRemedy, and their past or present officers, directors, shareholders, employees, agents, principals, heirs, representatives, accountants, auditors, consultants, insurers and reinsurers, and their respective successors and predecessors in interest, subsidiaries, affiliates, parents and attorneys (the "Released Parties"), from any and all claims which the Class Members have which arise out of, relate to, or are connected with the Class Members' assignment with, and provision of services to Defendant, and which reasonably arise out of the facts alleged in the Complaint that Defendant failed to pay Class Members overtime, minimum, or other earned wages because Class Members had 30 minutes deducted from their wages each day for rest breaks.

11. In addition, the Court orders that Named Plaintiff Luis Gonzalez releases and forever discharges all claims, demands, rights, liabilities and causes of action of every nature and description whatsoever, known or unknown, asserted or that might have been asserted against the Released Parties.

12. The Court orders that three (3) Claim Forms received by the Settlement Administrator and postmarked after March 19, 2012 shall be deemed untimely. The Court specifically finds that the three (3) individuals identified by the Settlement Administrator – Pablo Cazalez, Rafael Ceballos and Jorge Sanchez - have filed untimely Claim Forms. These Class Members and all other Class Members, who submit or have submitted untimely Claim Forms, are not entitled to participate in the monetary portion of the Settlement.

13. The Court orders that the Claim Forms deemed deficient by the Settlement

Administrator, which deficiencies have not been deemed by the Settlement Administrator to have been cured, shall be considered invalid. The Court finds that the two (2) individuals identified by the Settlement Administrator – Jesus Manuel Mancera and Saul Zenon - have filed deficient Claim Forms. These two individuals are not entitled to participate in the monetary portion of the Settlement.

14. The Court grants final approval of the Settlement. This Court retains jurisdiction solely for the purpose of interpreting, implementing, and enforcing the Settlement Agreement consistent with its terms. This matter is dismissed without prejudice. If no motion is filed on or before November 30, 2012, the dismissal without prejudice will convert to a dismissal with prejudice without any further order of Court.

ORDERED this 15th day of May, 2012 in Chicago, Illinois

_____
THE HONORABLE MARIA VALDEZ
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

| SIMID | FirstName | LastName |
|---|---|---|
| 1 | Deshawn | Adams |
| 2 | Adriana | Aguilar |
| 3 | Daniel | Aguilar |
| 4 | Filiberto | Aguilar |
| 5 | Isidro | Aguilar |
| 6 | Jacinto | Aguilar Moreno |
| 7 | Sanjuana | Aguina |
| 8 | Froylan | Alanco |
| 9 | Gabino | Alarcon |
| 10 | Eduardo | Alba |
| 11 | Martina | Alba |
| 12 | Jesus | Alonso |
| 13 | Guadalupe | Alva |
| 14 | Bernardo | Alva Jr |
| 15 | Rafael | Alvarado |
| 16 | Cristina | Alvarez |
| 17 | Marilu | Alvarez |
| 18 | Nicolas | Alvarez |
| 19 | Oscar | Alvarez |
| 20 | Julio | Anaya |
| 21 | Torrey | Anderson |
| 22 | Miguel | Angel |
| 23 | Candido | Anguiano |
| 24 | Margarito | Aparicio |
| 25 | Carlos | Apolinar |
| 26 | Martin | Aponte |
| 27 | Maria I | Aranda |
| 28 | Sergio | Aranda |
| 29 | Carlos | Arce |
| 30 | Miguel | Arellano |
| 31 | Yonatan | Arellano |
| 32 | Agusto | Arguelles |
| 33 | Jose Francisco | Arias |
| 34 | Josefina | Arias |
| 35 | Earl | Armstrong |
| 36 | Efren | Arrecis |
| 37 | Felipe | Arreola |
| 38 | Victor | Arreola |

| SIMID | FirstName | LastName |
|---|---|---|
| 39 | Alexander | Arreses |
| 40 | Humberto | Arroyo |
| 41 | Manuel | Arroyo |
| 42 | Maria | Arteaga |
| 43 | Ofelia | Arteaga |
| 44 | Alberto | Arzeta |
| 45 | Francisco | Arzeta |
| 46 | Miguel | Arzeta |
| 47 | Hilario | Avelar |
| 48 | Jaime | Avendano |
| 49 | Guillermo | Avila |
| 50 | Marco Antonio | Avila |
| 51 | Sergio | Avila |
| 52 | Marcos | Aviles |
| 53 | Margarito | Aviles |
| 54 | Angel | Ayala |
| 55 | Raul | Ayala |
| 56 | Jose | Bahena |
| 57 | Darron | Baker |
| 58 | Hugo | Balboa |
| 59 | Luis Rey | Balderrama |
| 60 | Gerardo | Baltazar |
| 61 | Raleigh | Barfoot |
| 62 | Javier | Barranco |
| 63 | Jesus | Barrera |
| 64 | Miguel | Barrera |
| 65 | Raul | Barrera |
| 66 | Miguel | Bautista |
| 67 | Lucio Oliver | Bautista Ortiz |
| 68 | Kendale | Baymon |

| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
|---|---|---|---|---|---|
| 69 | Derrick | Beasley | 110 | Lorena | Carlos |
| 70 | Michelle | Becerra | 111 | Maria | Carmona |
| 71 | Alejandro | Bello | 112 | Noe | Carmona |
| 72 | Felix | Beltran | 113 | Keith | Carr |
| 73 | Jorge | Beltran | 114 | Ramiro F | Carrada |
| 74 | Alexi | Benitez | 115 | Jesus | Carreno |
| 75 | Esteban | Benitez | 116 | Sergio | Carreno |
| 76 | Francisco | Benitez | SIMID | FirstName | LastName |
| SIMID | FirstName | LastName | 117 | Jaime | Carrera |
| 77 | Jessica | Berrum | 118 | Andres | Carrillo |
| 78 | Hassan | Binmohamed | 119 | Heriberto | Carrion |
| 79 | Rodolfo | Birrueta | 120 | Jesus | Casas |
| 80 | Lloyd | Blackburn | 121 | Jorge | Castaneda |
| 81 | Alejandro | Blancas | 122 | Jorge | Castaneda |
| 82 | Jose | Blancas Martinez | 123 | Luis | Castellanos |
| 83 | Lachelle Yvonn | Blea | 124 | Alexis R | Castillo |
| 84 | Agustin | Bonilla | 125 | Jabier | Castillo |
| 85 | Raul | Bonilla | 126 | Jose | Castillo |
| 86 | Joe | Botello | 127 | Juan | Castillo |
| 87 | Deonte | Brane | 128 | Luis | Castillo |
| 88 | Andres | Bravo | 129 | Elfego | Castro |
| 89 | Justin | Buchanan | 130 | Fidel | Castro |
| 90 | Jacobo | Bulmaro | 131 | Hugo | Castro |
| 91 | Oscar | Bustos | 132 | Levy | Castro |
| 92 | David | Bychowski | 133 | Luis | Castro |
| 93 | Jonathan | Caballero | 134 | Pablo | Cazalez |
| 94 | Martin | Caballero | 135 | Carolina | Cazares |
| 95 | Felix | Cabanas | 136 | Maria C | Cazares Salazar |
| 96 | Maximo | Cabral | 137 | Rafael | Ceballos |
| 97 | Armando | Cabrera | 138 | Alexis | Cenon |
| 98 | Luis | Cahuantzi | 139 | Angel | Cervantes |
| 99 | Maria | Calderon | 140 | Nicholas | Cervantes |
| 100 | Martin | Calderon | 141 | Felipe | Chagoya |
| 101 | Refujio | Calderon | 142 | Delia | Chavez |
| 102 | Darius | Calyen | 143 | Juan | Chavez |
| 103 | Otoniel | Camacho | 144 | Mauricio | Chavez |
| 104 | Gerardo | Camargo | 145 | Rolando | Chavez |
| 105 | Adriana | Cardenas | 146 | William | Chavis |
| 106 | Denisse | Cardenas | 147 | Diego | Cintora |
| 107 | Sergio | Cardenas | 148 | Steven | Cohn |
| 108 | Alejandro | Cardoso | 149 | Lavell | Collins |
| 109 | Jade | Carlisle | 150 | Lili | Colon |

| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
|---|---|---|---|---|---|
| 151 | Juan | Conde | 192 | Javier | Diaz |
| 152 | Juan | Conde Ocampo | 193 | Jorge | Diaz |
| 153 | Francisco | Contreras | 194 | Joseluis | Diaz |
| 154 | Justino | Contreras | 195 | Julio | Diaz |
| 155 | Rey | Contreras | 196 | Oscar | Diaz |
| 156 | Josefina | Cordova | **SIMID** | **FirstName** | **LastName** |
| **SIMID** | **FirstName** | **LastName** | 197 | Raul | Diaz |
| 157 | Vicente | Coronel | 198 | Rolando | Diaz |
| 158 | Ivett | Cortes | 199 | Rosalba | Diaz |
| 159 | Florencio | Cortezano | 200 | Andrew | Dietz |
| 160 | Juan Calos | Cotonieto | 201 | Everett | Dodson |
| 161 | Jennie | Covello | 202 | Agustin | Dolores |
| 162 | Michael | Crescencio | 203 | Abel | Dominguez |
| 163 | Hilario | Cresencio Garcia | 204 | Juan | Dominguez |
| 164 | Modesto | Cresencio Garcia | 205 | Jaime | Dorantes |
| 165 | Alberto | Cruz | 206 | Carlos | Duran |
| 166 | Juaquin | Cruz | 207 | Dulce | Duran |
| 167 | Julio | Cruz | 208 | Fernando | Duran |
| 168 | Marco | Cruz | 209 | Laureano | Duran |
| 169 | Vicente | Cruz | 210 | Ted | Edwards |
| 170 | Nilda | Cruz Delfin | 211 | Rufino | Enriquez |
| 171 | Luis | Cuellar | 212 | Felipe | Escobedo |
| 172 | Erasmo | Cuellar Iii | 213 | Juan | Escogido |
| 173 | Patricia | Dawson | 214 | Holga | Espinosa |
| 174 | Luis | De Hoyos | 215 | Javier | Espinoza |
| 175 | Isael | De Jesus | 216 | Jose | Espinoza |
| 176 | Carlos | De La Cruz | 217 | Oscar | Espinoza |
| 177 | Albert | De La Rosa | 218 | Felipe | Esteban |
| 178 | Alejandra | De La Rosa | 219 | David | Estrada |
| 179 | Jimmy | De Leon | 220 | Jesus | Estrada |
| 180 | Williams | De Los Santos | 221 | Maria D | Estrada Hernandez |
| 181 | Jose | Dejesus | 222 | Pascual | Estrada |
| 182 | Elias | Del Rio | 223 | Victoria | Fallon |
| 183 | Francisco | Del Rosario | 224 | Ganella | Farrow |
| 184 | Aurelio | Del Rosario Aleja | 225 | Gloria | Favela |
| 185 | Angel | Deleg | 226 | Christopher | Fayne |
| 186 | Enrique | Delgado | 227 | Abraham | Fernandez |
| 187 | Felipe | Delgado | 228 | Socorro | Fernandez |
| 188 | Jhoanna | Delgado | 229 | Veronica | Fernandez |
| 189 | Oscar | Delgado | 230 | Eliel | Flores |
| 190 | Raul | Delgado | 231 | Everardo | Flores |
| 191 | Cesar | Diaz | | | |

| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
|---|---|---|---|---|---|
| 232 | Frank | Flores | 271 | Tereso | Garcia |
| 233 | Guillermo | Flores | 272 | Robert | Garland |
| 234 | Hector | Flores | 273 | Herodes | Gaspar |
| 235 | Ismael | Flores | 274 | Angel | Gatica |
| 236 | Jesse | Flores | 275 | Dwayne | Gearlds |
| SIMID | FirstName | LastName | 276 | Orpha | Godoy |
| 237 | Gamaniel Rosario | Flores Yalan | SIMID | FirstName | LastName |
| 238 | Kyle | Fortner | 277 | Mercedes | Gomero |
| 239 | Israel | Fragoso | 278 | Angel | Gomez |
| 240 | Luis | Franco | 279 | Argenis | Gomez |
| 241 | Miguel | Franco | 280 | Carlos | Gomez |
| 242 | Carolina | Frias | 281 | Francisca | Gomez |
| 243 | Juan | Galicia | 282 | Israel | Gomez |
| 244 | Brendon | Gallagher | 283 | Juan | Gomez |
| 245 | Francisco | Gallegos | 284 | Juan Miguel | Gomez |
| 246 | Leonides | Gallegos | 285 | Manuel | Gomez |
| 247 | Rasario | Gallo | 286 | Ramon | Gomez |
| 248 | Juan | Gamboa | 287 | Raul | Gomez |
| 249 | Abraham | Garcia | 288 | Rosalva | Gomez |
| 250 | Carlos | Garcia | 289 | Rutilo | Gomez |
| 251 | Daniel | Garcia | 290 | Silvano | Gomez |
| 252 | Daniel | Garcia | 291 | Silvia | Gomez |
| 253 | Dario | Garcia | 292 | Aracely | Gonzalez |
| 254 | Dario | Garcia | 293 | Arturo | Gonzalez |
| 255 | Elvira | Garcia | 294 | Cirilo | Gonzalez |
| 256 | Elvira | Garcia | 295 | Cristobal | Gonzalez |
| 257 | Feliciano | Garcia | 296 | Daniel | Gonzalez |
| 258 | Filiberto | Garcia | 297 | David | Gonzalez |
| 259 | Hugo | Garcia | 298 | Erick | Gonzalez |
| 260 | Humberto | Garcia | 299 | Ezequiel | Gonzalez |
| 261 | Ivan | Garcia | 300 | Israel | Gonzalez |
| 262 | Jeovanni | Garcia | 301 | Jesus | Gonzalez |
| 263 | Jose A | Garcia | 302 | Jose | Gonzalez |
| 264 | Jose Trinidad | Garcia | 303 | Juan | Gonzalez |
| 265 | Mariano | Garcia | 304 | Leonel | Gonzalez |
| 266 | Martin | Garcia | 305 | Leticia | Gonzalez |
| 267 | Miguel | Garcia | 306 | Luis | Gonzalez |
| 268 | Milton | Garcia | 307 | Maria | Gonzalez |
| 269 | Ricardo | Garcia | 308 | Mauricio | Gonzalez |
| 270 | Sergio Humberto | Garcia | 309 | Michel | Gonzalez |
|  |  |  | 310 | Moises | Gonzalez |
|  |  |  | 311 | Oscar | Gonzalez |

| SIMID | FirstName | LastName |
|---|---|---|
| 312 | Roberto | Gonzalez |
| 313 | Ruben | Gonzalez |
| 314 | Uriel | Gonzalez |
| 315 | Jose Luis | Gonzalez Garcia |
| 316 | Adriana | Gopar |
| SIMID | FirstName | LastName |
| 317 | Paul | Grgula |
| 318 | Jose | Guadarrama |
| 319 | Carlos | Guerrero |
| 320 | Heidi | Guerrero |
| 321 | Jose | Guerrero |
| 322 | Agustin | Gutierrez |
| 323 | Alejandro | Gutierrez |
| 324 | Antonio | Gutierrez |
| 325 | Jonathan | Gutierrez |
| 326 | Leonel | Gutierrez |
| 327 | Luis Angel | Gutierrez |
| 328 | Maria T | Gutierrez |
| 329 | Pedro | H Jimenez |
| 330 | Haneef | Hassan |
| 331 | Kevin | Heinrich |
| 332 | Mery | Henao |
| 333 | Junious | Henderson |
| 334 | Samuel | Hermenejildo |
| 335 | Leonel | Hernadez |
| 336 | Antonio | Hernandez |
| 337 | Antonio | Hernandez |
| 338 | Camila | Hernandez |
| 339 | Cesar | Hernandez |
| 340 | Diego | Hernandez |
| 341 | Facundo | Hernandez |
| 342 | Faustino | Hernandez |
| 343 | Francisco | Hernandez |
| 344 | Gerardo | Hernandez |
| 345 | Guillermo | Hernandez |
| 346 | James | Hernandez |
| 347 | Jose Antonio | Hernandez |
| 348 | Jose Luis | Hernandez |
| 349 | Julio | Hernandez |
| 350 | Lazaro | Hernandez |
| 351 | Martin | Hernandez |
| 352 | Martina | Hernandez |
| 353 | Miguel | Hernandez |
| 354 | Miguel | Hernandez |
| 355 | Olivia | Hernandez |
| 356 | Ramiro | Hernandez |
| SIMID | FirstName | LastName |
| 357 | Raul | Hernandez |
| 358 | Rogelio | Hernandez |
| 359 | Salvador | Hernandez |
| 360 | Teresa | Hernandez |
| 361 | Ulises | Hernandez |
| 362 | Diego | Herrera |
| 363 | Gumercindo | Herrera |
| 364 | Thang | Ho |
| 365 | Reginald | Holden |
| 366 | Andres | Huizar |
| 367 | Willie | Hunt |
| 368 | Adilene | Hurtado |
| 369 | Floribel | Hurtado |
| 370 | Joel | Hurtado |
| 371 | Lorenzo Jr | Hurtado |
| 372 | Rosa | Ibanez |
| 373 | Lourdes | Ibarez |
| 374 | Isaid | Ignacia |
| 375 | Reynaldo | Iniguez |
| 376 | Ana | Irra |
| 377 | Rosalva | Isais |
| 378 | Alejandro | Islas |
| 379 | Arnulflo | Islas Aguilar |
| 380 | Jorge | Jacobo |
| 381 | Roberto | Jacobo |
| 382 | Joana | Jaimes |
| 383 | Melvin | James |
| 384 | Thomas | Jaworowski |
| 385 | Cintora | Jesus |
| 386 | Abel | Jimenez |
| 387 | Lucio | Jimenez |
| 388 | Jared | Johnson |
| 389 | Jermar | Johnson |
| 390 | Antionne | Jones |
| 391 | Timothy | Jones |
| 392 | Gustavo | Juandiego |
| 393 | Oswaldo | Juandiego |

| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
|---|---|---|---|---|---|
| 394 | Andres | Juarez | 435 | Hector | Maldonado |
| 395 | Richard | Kennedy | 436 | Anna | Mancera |
| 396 | Maria | Laguer | SIMID | FirstName | LastName |
| SIMID | FirstName | LastName | 437 | Francisco | Mancera |
| 397 | Daniel | Lara | 438 | Jesus Manuel | Mancera |
| 398 | Alvaro Israel | Lara Ruos | 439 | Mark | Manjarrec |
| 399 | William | Large | 440 | Horacio | Manuel |
| 400 | Angel | Lark | 441 | Ramiro | Manuel |
| 401 | Santos | Leon | 442 | Miguel | Manzano |
| 402 | Eduardo | Lerma | 443 | Gilbert | Marin |
| 403 | Edilberto | Bravo Leyva | 444 | Jaime | Marin |
| 404 | Maricruz | Lemus Leyva | 445 | Oswaldo | Marin |
| 405 | Marco | Liceaga | 446 | Elia | Marquez |
| 406 | Marco | Liceaga Sr | 447 | Eliseo | Marquez |
| 407 | Ana | Lima | 448 | Gerardo | Marquez |
| 408 | Victor | Limon | 449 | Mario | Marquez |
| 409 | Robert | London | 450 | Miguel A | Marquez |
| 410 | Ana | Lopez | 451 | Angelo | Marroquin |
| 411 | Arturo | Lopez | 452 | Marcelo | Martines |
| 412 | Benjamin | Lopez | 453 | Agustin | Martinez |
| 413 | Blanca | Lopez | 454 | Cirilo | Martinez |
| 414 | Felipe | Lopez | 455 | Claudio | Martinez |
| 415 | Fernando | Lopez | 456 | Fernando | Martinez |
| 416 | Jesus | Lopez | 457 | Francisco | Martinez |
| 417 | Joaquin | Lopez | 458 | Jesus | Martinez |
| 418 | Joel | Lopez | 459 | Jose | Martinez |
| 419 | Jose Alberto | Lopez | 460 | Jose | Martinez |
| 420 | Marisol | Lopez | 461 | Jose | Martinez |
| 421 | Miguel | Lopez | 462 | Miguel | Martinez |
| 422 | Paulina | Lopez | 463 | Ruben | Martinez |
| 423 | Sergio | Lopez | 464 | Santiago | Martinez |
| 424 | William | Lopez | 465 | Yolanda | Martinez |
| 425 | Jaime | Lozada | 466 | Zaireth | Martinez |
| 426 | Martha | Lucas | 467 | Jesus | Mata |
| 427 | Gregorio | Luna | 468 | Jonathon | Matthews |
| 428 | Maria | Luna | 469 | Cristian | Maya |
| 429 | Santa | Luna | 470 | Juan | Maya |
| 430 | Juan C | Macedo | 471 | Barrion | Mccullough |
| 431 | Uriel | Macedo | 472 | Alfred | Mcgee |
| 432 | Leandro | Macias | 473 | Kenith | Mcintosh |
| 433 | Salvador | Madrigal | 474 | Douglas | Mcswine |
| 434 | Jose | Magadan | 475 | Alberto | Medina |

| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
|---|---|---|---|---|---|
| 476 | Consuelo | Medina | 517 | Daniel | Munoz |
| 477 | Delia | Medina | 518 | Eloy | Munoz |
| 478 | Isaac | Medina | 519 | Manuel | Munoz |
| 479 | Javier | Medina | 520 | Martin | Munoz |
| 480 | Maria | Medina | 521 | Oswal | Munoz B |
| 481 | Rigoberto | Medina | 522 | Lupe | Murillo |
| 482 | Carlos | Mejia | 523 | Patrick | Myles |
| 483 | Francisco | Mejia | 524 | Juan Jose | Nava |
| 484 | Alex | Melendez | 525 | Rosa | Nava |
| 485 | Edgar | Menchaca | 526 | Felipe | Navarrete |
| 486 | Abrahan | Mendez | 527 | Alberto | Negrete |
| 487 | Arturo | Mendez | 528 | Flor | Nevarez |
| 488 | Luis | Mendez | 529 | Hector | Nevarez |
| 489 | Ricardo | Mendez | 530 | Tam | Nguyen |
| 490 | David | Mendieta | 531 | Joshua | Nimerfroh |
| 491 | Oscar | Mendiola | 532 | Daniela | Nogueda |
| 492 | Daniel | Mendoza | 533 | Lavell | Nolden |
| 493 | Charles | Miller | 534 | Andres | Ocampo |
| 494 | Ricky | Mojica | 535 | Angelica | Ocampo |
| 495 | Eusevio | Molina | 536 | Dulce | Ocampo |
| 496 | Roberto | Molina | 537 | Edilberto | Ocampo |
| 497 | Jose | Monjaraz | 538 | Erika C | Isidoro Ocampo |
| 498 | Maria De Jesus | Montano | 539 | Itzel | Ocampo |
| 499 | Amaury Cesar | Montesinos | 540 | Maria | Ocampo |
| 500 | Alfonso | Montoya | 541 | Rogelio | Ocampo Conde |
| 501 | Victor | Moore | 542 | Walter | Oceguera |
| 502 | David | Mora | 543 | Phillip | Ojeda Jr |
| 503 | Arturo | Morales | 544 | Jesus | Olaez |
| 504 | Homero | Morales | 545 | Angelica | Olivares |
| 505 | Jason | Morales | 546 | Benito | Olivares |
| 506 | Javier | Morales | 547 | Liborio | Olivares |
| 507 | Jose | Morales | 548 | Nelida | Olivares |
| 508 | Melina | Morales | 549 | Abelardo | Olivares C |
| 509 | Miguel | Morales | 550 | Adriana | Olivera |
| 510 | Jacob | Moreno | 551 | Carlos | Olivo |
| 511 | Julian | Moreno Nava | 552 | Franceli | Olmedo |
| 512 | David | Morris | 553 | Oscar | Olvera |
| 513 | Samer | Moucha | 554 | Alberto | Ongay |
| 514 | Gabriel | Mulero | 555 | Felipe | Ortega |
| 515 | Mario | Munguia Perez | 556 | Ismael | Ortega |
| 516 | Blanca | Muniz | SIMID | FirstName | LastName |

| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
|---|---|---|---|---|---|
| 557 | Jorge | Ortega | 597 | Ricardo | Plasencia |
| 558 | Milton | Ortega | 598 | Mario | Pledger |
| 559 | Raudel | Ortega | 599 | Oscar | Polo |
| 560 | Carlos | Ortiz | 600 | Eliseo | Ponce |
| 561 | Humberto | Ortiz | 601 | Henry | Pozo |
| 562 | Isabel | Ortiz | 602 | Oscar | Pulido |
| 563 | Jose Antonio | Ortiz | 603 | Elena | Quinones |
| 564 | Luis | Ortiz | 604 | Silvestre | Quintanilla |
| 565 | Marco Antonio | Ortiz | 605 | Alfredo | Quiroz |
| 566 | Michael | Ovalle Hernandez | 606 | Jose | Ramires |
| 567 | Israel | Pacheco | 607 | Baltazar | Ramirez |
| 568 | Victor | Padilla | 608 | Dennis | Ramirez |
| 569 | Wayne | Page | 609 | Eduardo | Ramirez |
| 570 | Rodrigo | Palencia | 610 | Jose | Ramirez |
| 571 | Martin | Parada | 611 | Jose | Ramirez |
| 572 | Kevin | Parker | 612 | Juan | Ramirez |
| 573 | Gilberto | Patino | 613 | Juan E | Ramirez |
| 574 | Luis | Patino | 614 | Mario | Ramirez |
| 575 | Edith | Paulin | 615 | Raymundo | Ramirez |
| 576 | Carolyn | Peak | 616 | Nestor Manuel | Ramos |
| 577 | Armando | Pedraza | 617 | Jose | Realeno |
| 578 | Gonzalo | Pedraza | 618 | Jorge | Regalado |
| 579 | Alfredo | Pena | 619 | Daniel | Regalao |
| 580 | Elesbia | Peralta | 620 | Martha | Renteria |
| 581 | Julio | Peralta | 621 | Sugey | Reta |
| 582 | Andres | Perez | 622 | Abram | Reyes |
| 583 | Eduardo | Perez | 623 | Alejandro | Reyes |
| 584 | Francisco | Perez | 624 | Jeanette | Reyes |
| 585 | Gabriela | Perez | 625 | Joel | Reyes |
| 586 | Gabriela | Perez | 626 | Jose Luis | Reyes Romero |
| 587 | Guillermo | Perez | 627 | Juan | Reyes |
| 588 | Humberto | Perez | 628 | Luis | Reyes |
| 589 | Jimmy | Perez | 629 | Oscar | Reyes |
| 590 | Lauro | Perez | 630 | Ruben | Reyne |
| 591 | Manuel | Perez | 631 | Gia | Richardson |
| 592 | Octavio | Perez | 632 | Juan | Rico |
| 593 | Raymundo | Perez | 633 | Raul | Rios |
| 594 | Daniel | Perich | 634 | Rosario | Rios |
| 595 | Victor | Pina | 635 | Alejandro | Rivera |
| 596 | Leonardo | Plascencia | 636 | Anibal | Rivera |
| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
| | | | 637 | Diego | Rivera |

| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
|---|---|---|---|---|---|
| 638 | Felix | Rivera | 678 | Manuel | Rueda |
| 639 | Pedro Jr | Rivera | 679 | Emmanuel | Ruiz |
| 640 | Raul | Rivera | 680 | Luis | Ruiz |
| 641 | Reinaldo | Rivera | 681 | Ricardo | Ruiz |
| 642 | Guillermo | Rivera Jr | 682 | Heriberto | Salas |
| 643 | Raul | Roa Ramirez | 683 | Luis | Salas |
| 644 | Daniel | Rochel | 684 | David | Salazar |
| 645 | Cindy | Rodriguez | 685 | Jesus | Salazar |
| 646 | Edgar | Rodriguez | 686 | Jose | Salazar |
| 647 | Elsa | Rodriguez | 687 | Manuel Antonio | Salazar |
| 648 | Humberto | Rodriguez | 688 | Abdela | Salgado |
| 649 | Israel | Rodriguez | 689 | Ana | Salgado |
| 650 | Javier | Rodriguez | 690 | Francisco | Salgado |
| 651 | Jose | Rodriguez | 691 | Miguel Angel | Salgado |
| 652 | Jose Luis | Rodriguez | 692 | Rocio | Salgado |
| 653 | Laura | Rodriguez | 693 | Luz | Samaniego |
| 654 | Mariela | Rodriguez | 694 | Maria | Samaniego |
| 655 | Ricardo | Rodriguez | 695 | Ronny | Samayoa |
| 656 | Rogelio | Rodriguez | 696 | Benito | Sanchez |
| 657 | Rosa | Rodriguez | 697 | Cesar | Sanchez |
| 658 | Alberto | Rojas | 698 | Jorge | Sanchez |
| 659 | Ariana | Rojas | 699 | Jose | Sanchez |
| 660 | Bernardo | Roman | 700 | Luis | Sanchez |
| 661 | Nefris | Roman | 701 | Maria | Sanchez |
| 662 | Fernando | Romero | 702 | Miguel | Sanchez |
| 663 | Geovany | Romero | 703 | Sherwood | Sanders |
| 664 | Ivan | Romero | 704 | Gabriel | Sandoval |
| 665 | Luis | Romero | 705 | Gerardo | Sandoval |
| 666 | Fernando | Ronquillo | 706 | Juan | Sandoval |
| 667 | Franceli | Roque | 707 | Lisa | Santagata |
| 668 | Ricardo | Rosado Maldonado | 708 | Cristian | Santiago |
| 669 | Arturo | Rosales | 709 | Lorenzo | Santiago |
| 670 | Daniel | Rosales | 710 | Maria | Santillan |
| 671 | Ignacio | Rosales | 711 | Enrique | Santis |
| 672 | Salvador | Rosas | 712 | Jorge | Saucedo |
| 673 | Antonio | Rossano | 713 | David | Scott |
| 674 | Roque | Rubicel | 714 | Orlando | Scott |
| 675 | Nicholas | Rubino | 715 | Chadwick | Seals |
| 676 | Angel | Rueda | 716 | Ramon | Seki |
| SIMID | FirstName | LastName | SIMID | FirstName | LastName |
| 677 | Florencio | Rueda | 717 | Jorge | Serafin |
|  |  |  | 718 | Evelyn | Serrano |

| | | | | | | |
|---|---|---|---|---|---|---|
| 719 | Jose | Serrano | | 760 | Jackeline | Valdovinos |
| 720 | David | Shields | | 761 | Andrew | Valero |
| 721 | Timothy | Siklas | | 762 | Jesus | Valois |
| 722 | Robert | Silguero | | 763 | Raynaldo | Varela |
| 723 | Prestonie | Smith | | 764 | Gonzalo | Vargas |
| 724 | Robert | Smith | | 765 | Jaime | Vargas |
| 725 | Thomas | Smith | | 766 | Jose | Vargas |
| 726 | Tomasa | Soberanis | | 767 | Leonardo | Vargas |
| 727 | Augustus | Soko | | 768 | Rigoberto | Vargas |
| 728 | Luis | Solis | | 769 | Reinaldo | Vargas Colon |
| 729 | Rosa | Solis | | 770 | Brenda | Vasquez |
| 730 | Ulises | Solis | | 771 | Juan | Vasquez |
| 731 | Freddy | Sosa | | 772 | Armando | Vazquez |
| 732 | Ramiro | Sotelo | | 773 | Cesar | Vazquez |
| 733 | Jose | Soto | | 774 | Gustavo | Vazquez |
| 734 | Jose | Soto | | 775 | Marco | Vazquez |
| 735 | Miguel | Soto Jr | | 776 | Margarita | Vazquez |
| 736 | Ronald | South | | 777 | Wilson | Vega |
| 737 | Ashawndae | Spencer | | 778 | Alex | Velazquez |
| 738 | Michael | Steward | | 779 | Gerardo | Velazquez |
| 739 | Jared | Streit | | 780 | Edward | Veliz |
| 740 | Miriam | Suarez | | 781 | Adrian | Victoria |
| 741 | Asgar | Syed | | 782 | Eliazer | Victoria |
| 742 | Monserrat | Tafoya | | 783 | Heriberto | Victoria |
| 743 | Jesse | Talamantez | | 784 | Josefina | Victoria |
| 744 | Edgardo | Tampa Mendoza | | 785 | Leodan | Victoria |
| 745 | Jose J | Tarango | | 786 | Nain | Victoria |
| 746 | Roselia | Tecuanhuehue | | 787 | Antonio | Villafuerte |
| 747 | Juan | Tellez | | 788 | Leticia | Villasenor |
| 748 | Sonia | Tellez | | 789 | Carolina | Villegas |
| 749 | Manuel | Tello | | 790 | Omar | Villodas |
| 750 | Odarris | Temple | | 791 | Julia | Williams |
| 751 | Urania | Thelmon | | 792 | Terry | Wray Jr |
| 752 | Jose | Tiraelo | | 793 | Joaquin | Zagal |
| 753 | Fabian | Torres | | 794 | Andres | Zamora |
| 754 | Francisco | Torres | | 795 | Jose | Zamora |
| 755 | Carlos | Triano | | 796 | Juan | Zapata |
| 756 | Salvador | Triano | | | | |
| **SIMID** | **FirstName** | **LastName** | | | | |
| 757 | Zeferino | Trujillo | | | | |
| 758 | Lidia | Trujilo | | | | |
| 759 | Rodolfo | Valdez | | | | |

| SIMID | FirstName | LastName |
|---|---|---|
| 797 | Miguel | Zavala |
| 798 | Norma | Zavala |
| 799 | Brandon | Zenon |
| 800 | Saul | Zenon |
| 801 | Camilo | Zuniga |
| 802 | Cesar | Zuniga |
| 803 | Gustavo | Zuniga |
| 804 | Maria De Jesus | Zuniga |
| 805 | Jacob | Zwahlen |